No. 02–11268. KEITH v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–11269. ROLLINS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–11270. ALVARADO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–11272. FLORES v. GRAYSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–11273. ALICEA-CARDOZA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 02–11274. BANKS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–11275. BRADEN v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 02–11276. TAYLOR v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–11277. WALKER v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 02–11278. DIXON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–11279. DONCHEVICH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–11280. GODFREY v. BEIGHTLER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–11282. JONES v. BOEING CO. C. A. 8th Cir. Certiorari denied.

No. 02–11283. WILLE v. PALMATEER, SUPERINTENDENT, OREGON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 02–11284. MULLIGAN v. MORGAN, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.